FILED
CLERK, U.S. DISTRICT COURT
July 7, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CR___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY, a Virginia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSIDER PRODUCTIONS, LLC, a California Limited Liability Company; CENTINELA VALLEY UNION HIGH SCHOOL DISTRICT, a California School District; LOVELY J. TANGLAO, a New Jersey Resident; LALAINE O. GIAMBONA, an Arizona Resident; and LEMUEL J. TANGLAO, an Arizona Resident,<br><br>Defendants. | CASE NO. 2:15-cv-09762-SVW-RAO<br><br>**JUDGMENT GRANTING DECLARATORY RELIEF**<br><br>The Honorable Stephen V. Wilson |

Plaintiff Essex Insurance Company, on May 25, 2016, filed its motion for summary judgment on its declaratory relief complaint against defendants Insider Productions, LLC ("Insider Productions"), Centinela Valley Union High School District (the "District"), Lovely J. Tanglao, Lalaine O. Giambona and Lemuel J. Tanglao. On June 1, 2016, defendants, except for Insider Productions, filed oppositions to Essex' motion for summary judgment. Insider Productions did not oppose Essex' motion. On June 8, 2016, Essex filed its reply in support of its

motion for summary judgment.  On June 27, 2016, the Court, the Honorable District Judge Stephen V. Wilson, issued an Order that Essex' motion for summary judgment was suitable to a determination without oral argument under Federal Rule of Civil Procedure 78(b) and Local Rule 7-15.  On June 29, 2016, the Court, having fully considered the briefs and evidence submitted in support of and in opposition to Essex' motion, issued an Order GRANTING Essex' motion for summary judgment.

Having fully considered the briefs and evidence submitted in support of and in opposition to Essex' motion for summary judgment, and a decision having been duly rendered,

It is hereby ORDERED and ADJUDGED that:

1. Judgement is entered in favor of Essex and against defendants Insider Productions, the District, Lovely J. Tanglao, Lalaine O. Giambona and Lemuel J. Tanglao, and each of them;

2. The Court DECLARES that Essex does not have any coverage obligations to its insureds under Essex Policy No. 3DS5402-M665904 (the "Essex Insurance Contract") for the claims raised in the underlying action, entitled, *Tanglao, et al. v. Insider Productions, et al.*, California Superior Court, Los Angeles County, Case No. BC585273 (the "Underlying Action");

3. The Court DECLARES that Essex does not have any coverage obligations to its insureds under the Essex Insurance Contract for the claims raised by Lovely Tanglao in the Underlying Action;

4. The Court DECLARES that Essex does not have any coverage obligations to its insureds for the claims raised by Lelaine Giambona and Lemuel Tanglao in the Underlying Action; and

/ / /

/ / /

1    5.   Costs are awarded to Essex and against defendants, and each of them.

2    It is so ORDERED and ADJUDGED.

3  Dated: July 7, 2016

_____
The Honorable Stephen V. Wilson
United States District Judge